IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

AMANDA MICHELLE FOUST                                                                    PLAINTIFF

v.                                              Case No. 1:24-cv-1082

OFFICER JONATHAN TUBBS, Assistant
Jail Admin.; CAMERON OWENS, Jail
Admin.; and CLARENCE CAPPS,
Officer/Guard                                                                            DEFENDANTS

# ORDER

Before the Court is the Report and Recommendation filed by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 12. Judge Bryant recommends that the following claims proceed: Plaintiff's individual capacity claims against Defendants Cameron Owens and Jonathan Tubbs regarding alleged exposure to black mold in the showers (claim one). Judge Bryant recommends that all other claims be dismissed without prejudice. No party has filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Upon review, the Court adopts the Report and Recommendation *in toto*. Accordingly, Plaintiff's individual capacity claims against Defendants Cameron Owens and Jonathan Tubbs regarding alleged exposure to black mold in the showers (claim one) will proceed. All other claims are **DISMISSED WITHOUT PREJUDICE** for failure to state claim.

**IT IS SO ORDERED**, this 17th day of March, 2025.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge