IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

AMANDA MICHELLE FOUST                                        PLAINTIFF

v.                  Case No. 1:24-cv-1082

OFFICER JONATHAN TUBBS, Assistant
Jail Admin. and CAMERON OWENS,
Jail Admin.                                                                    DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed July 10, 2025, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 39. Judge Bryant recommends that this case be dismissed without prejudice for failure to comply with the Court's Local Rules and orders and for failure to prosecute this case.

No party has filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Therefore, the Court adopts the Report and Recommendation (ECF No. 39) *in toto*. Accordingly, the Court finds that this case should be and hereby is **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 5th day of August, 2025.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge